### O. T. LIGGON v. THE STATE.

No. 5209.    Decided November 20, 1918.

**Murder—Practice on Appeal.**

Where, upon appeal from a conviction of murder, assessing lifetime imprisonment in the penitentiary, the record was without statement of facts or bills of exception, the judgment below must be affirmed.

Appeal from the District Court of Smith. Tried below before the Hon. J. R. Warren.

Appeal from a conviction of murder; penalty, life sentence in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This record is before us without a statement of facts or bills of exception. The jury allotted appellant imprisonment in the penitentiary for life under a conviction for murder. There is nothing in the record calling for revision at the hands of the court.

The judgment will be affirmed.

*Affirmed.*